# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LARA ANGUINAGA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE MESA VERDE DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-04631-KES-SAB-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE RESPONSE TO PETITIONER'S MOTION TO ENFORCE JUDGMENT AND SETTING BRIEFING SCHEDULE |

Petitioner is an immigration detainee who proceeded pro se with a petition for writ of habeas corpus. On August 30, 2026, the Court granted the petition and ordered that Petitioner be provided with a bond hearing pursuant to 8 U.S.C. § 1226(a). (ECF No. 12.)

On October 19, 2026, Petitioner filed a second petition for writ of habeas corpus. Petition, Anguinaga v. Warden of the Mesa Verde Detention Facility, No. 1:26-cv-08577-KES-SAB, ECF No. 1. On October 21, 2026, the Court construed this second petition as a motion to enforce and referred the matter to the magistrate judge. Order, Anguinaga, No. 1:26-cv-08577-KES-SAB, ECF No. 6.

Accordingly, the Court HEREBY ORDERS that:

1. Within **TWENTY-ONE (21) days** of the date of service of this order, Respondents SHALL FILE:

    a. A response to the motion to enforce judgment; and

b. Any and all documentation relevant to the determination of the issues raised in the motion to enforce judgment, **<u>including a recording or transcript of Petitioner's bond hearing</u>**.

2. Within **FOURTEEN (14) days** of the date of service of Respondents' response, Petitioner may file a reply.

IT IS SO ORDERED.

Dated: **October 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge